

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

June 30, 2014

**By ECF**

The Honorable Denise Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    **United States v. Zakhir Shirinov, 13 Cr. 319 (DLC)**

Dear Judge Cote:

    The Government respectfully submits this letter in regard to the above-referenced matter, in which the Court scheduled June 30, 2014 as a control date for the defendant's sentencing.

    The parties jointly request that a presentence investigation report be ordered for the defendant and that sentencing be scheduled for a date convenient to the Court approximately ninety days from today.
.

    Respectfully submitted,

    PREET BHARARA
    United States Attorney
    Southern District of New York

By: *s/Edward Imperatore*
    Nicole Friedlander
    Edward A. Imperatore
    Assistant United States Attorneys
    Southern District of New York
    (212) 637-2211/2327

cc: Benjamin Brafman, Esq.
    Jacob Kaplan, Esq.